Doc; 18 U.S.C.S. §513.

7:23-cv-00057-DC

UNITED STATES DISTRICT COURT
OF LAW                    7:23-cv-54
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
MIDLAND / ODESSA DIVISION

[ Current through Public Law 117-327, approved Dec. 27, 20
with a gap of Public Law 117-263. ]
In referral to the United States Code
Service in Title 18. CRIMES AND CRIMINA
PROCEDURE §§ 1-6005 Part 1. Crimes in
Chapters 1-123 of Chapter 25. Counterfeiting
and forgery §§ 470-514

The following docket case No. B-18-0410-CR is
based on the matter of criminal negligence o
the preponderate faction of the primary
first district court misrepresentation
the "abuse of process" in the year of 20
That is at remand for this classificatio
within "the primarily preliminary of th
"judge" Scott Layhs" district courtroom
appearance thereat the Ector County Distr
Court of Texas in Odessa, Texas that I
"Saints D. Infante" verifiably presented upon

I.

the incrimination by, the Chavez Law Firm", Brian Chavez of Odessa, Texas to constituted my claim to mention that "I evoke my right under the fifth amendment of the United States Constitution Is for the affirmation on the first and initial phase of the jurisdiction. The demerit inaction of the state is prominent that my claims of injury and "disability" is an was not ever projected of significant notice for adjudication. "Physical injuries" subdued. Affirm

§ 513. Securities of the States and private entities

(a) Whoever makes, utters or possesses a counterfeited security of a state or political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a state or political subdivision thereof or of an organization, with intent to deceive another person, organization, or gover shall be fined under this title or imprisson for not more than 10 years, or both.

(b) Whoever makes, receives, possesses, sells or o wise transfers an implement designed f or particularly suited for making a cout or forged security with the intent that

II.

be so used shall be punished by a fine
under this title or by imprisonment for
not more than 10 years, or both.

(c) For purposes of this section —

(1) the term "counterfeited" means a document
that purports to be genuine but is not,
because it has been falsely made or manu-
factured in its entirety [Embezzlement of 2018

(2) the term "forged" means a document that
purports to be genuine but is not because
it has been falsely altered, completed,
signed, or endorsed, or contains a false
addition thereto or insertion therein, or
is a combination of parts of two or more
genuine documents; FALSE ADDITION CONCUR

(3) the term "security" means —

(A) a note, stock certificate, treasury stock
certificate, bond, treasury bond, debenture,
certificate of deposit, interest coupon, bill,
check, draft, warrant, debit instrument
as defined in section 916(c) of the Elect
Fund Transfer Act [15 U.S.C.S. § 1693 n(c)]
money order, travelers check, letter of cred
warehouse receipt, negotiable bill of lad

III.

evidence of indebtedness, certificate of interest in or participation in any profit sharing agreement, collateral-trust certificate, pre-organization certificate of subscription, transferable share, investment contract, voting trust certificate, or certificate of interest in tangible or intangible property; [Bill of lading on 8/5/21 AFFIX

(B) an instrument evidencing ownership of goods, wares, or merchandise;

(C) any other written instrument commonly known as a security;

(D) a certificate of interest in, certificate of participation in, certificate for, receipt for, or warrant or option or other right to subscribe to or purchase, any of the foregoing; or

(E) a blank form of any of the foregoing;

(4) the term organization means a legal entity, other than a government, established or organized for any purpose, and includes a corporation, company, association, firm, partnership, joint stock company, foundation, institution, society, union, or any other association of persons which operates

IV.

[FORM IN FILE OF JUNE 17 2018 IS SUBSTANTIAL J.(E)

in or the activities of which affect interstate or foreign commerce; and (5) the term "State" includes a State of the United States, the District of Columbia, Puerto Rico, Guam, the Virgin Islands, and any other territory as possession of the United States.

THE ORGANIZATION IS SUSTAIN TO COUNTERFEIT HISTORY. OF MY SECURITIES INFER.

Added Oct. 12, 1984, P.L. 98-473, Title II, Ch. XI, Part D, § 1105(a), 98 Stat. 2144; Nov. 10, 1986, P.L. 99-646, §31(a), 100 Stat. 3598; Nov. 29, 1990 P.L. 101-647, Title XXXV, §3515, 104 Stat. 4923 Sept. 13, 1994, P.L. 103-322, Title XXXIII, §§ 330008(1), 330016(2)(C), 108 Stat. 2142, 2148

[U.C.C. § 2-610]

The prominent verification of my disability "class of people" is not enacted by the State or Federal laws as recorded. The the anticipatory "breach of contract" on August 24, 2017 And November 2, 2017 is imperative in the matter of fraud constitute in breach on Aug. 24, 2017 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.   2/26/23

INFINITE, SAINT'S
2374946 HAVL. INST.
200 Lee Morrison Ln.
BRYAN, TEXAS
7780

OFFICIAL
BUSINESS

RECEIVED

MAR 31 2023

CLERK U.S. DISTRICT COURT
WESTERN DIST. OF TEXAS
BY_____DEPUTY

DIST. CLERK, DEP.
UNITED STATES DIST.
COURT OF LAW
WESTERN DIST. OF TEXAS
UNITED STATES COURTHOUSE
200 E. WALL ST. ROOM "222"
MIDLAND, TEXAS 79701-5217

NORTH HOUSTON TX 773
26 MAR 2023 PM 4 L