UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SAINTS INFANTE | § |
| | § |
| vs. | §   NO:   MO:23-CV-00057-DC |
| | § |
| BRIAN CHAVEZ | § |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's 42 U.S.C. §1983 civil rights case as three-strikes barred. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 is **DISMISSED WITHOUT PREJUDICE AS THREE-STRIKES BARRED**, and any motion to proceed *in forma pauperis* is **DENIED**.

It is **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties to bear their own costs.

It is so **ORDERED**.

SIGNED this 6th day of April, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE